UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ATRIUM 5 LIMITED,**

      **Plaintiff,**

v.                                            Case No: 6:17-cv-1607-Orl-41DCI

**NURJAHAN BEGUM, REEDH FOOD MART, INC. and FELCIA A. DALLAS,**

      **Defendants.**

                                          /

## ORDER

THIS CAUSE is before the Court on the Agreed Motion for Entry of Agreed Full and Final Summary Judgment and Agreed Final Judgment (Doc. 43). Based on the representations made therein, Plaintiff is entitled to full and final summary judgment and the entry of final judgment based on the Assault and Battery Exclusion found in the subject policy of insurance bearing policy number MERCFL008830 issued to "Nurjahan Begum DBA REEDH Food Mart" ("REEDH Food Mart") for the period of January 15, 2016, to January 15, 2017 (the "Policy"). Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Agreed Motion for Entry of Agreed Full and Final Summary Judgment and Agreed Final Judgment (Doc. 43) is **GRANTED**.

2. The Clerk shall enter judgment against Defendant and in favor of Plaintiff, declaring that Plaintiff has no duty or obligation to defend or indemnify Defendant, REEDH Food Mart, under the Policy for claims asserted in that certain lawsuit brought in the Circuit Court of the Ninth Judicial Circuit in and for Orange County,

Florida, styled *Estate of Antonio L. Smith, Jr. v. Mary Dee Johnson*, No. 2017-CA-007241-O.

3. Plaintiff's Motion for Final Summary Judgment (Doc. 40) is **DENIED as moot**.

4. Each party shall bear its own fees and costs.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 7, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Page **2** of **2**